# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Ford Vehicles

| '511 Patent, Claim 1 Language | Ford Vehicles Equipped with Vehicle Detection, Pedestrian Detection, or Other Objects ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a vehicle, a pedestrian, or other object). https://www.akinsford.com/blog/how-do-fords-precollision-assist-and-auto-high-beams-systems-work/; https://www.caranddriver.com/news/a15359965/ford-pre-collision-assist-with-pedestrian-detection-to-appear-in-u-s-next-year-debuts-in-europe-first/. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.

For example, "The system processes information collected from a windshield-mounted camera and radar located near the bumper; it then checks the information against a database of pedestrian shapes to help distinguish people from typical roadside scenery and objects." https://phys.org/news/2014-10-ford-pre-collision-pedestrian-technology-drivers.html.

Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a vehicle, pedestrian, or other object will be different than the reflection, absorption, and attenuation characteristics of open road. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Ford Vehicles

| '511 Patent, Claim 1 Language | Ford Vehicles Equipped with Vehicle Detection, Pedestrian Detection, or Other Objects ("Accused Instrumentalities") |
|---|---|
| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.<br><br>For example, invisible electromagnetic radiation is propagated from the radar unit integrated near the bumper toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "The system processes information collected from a windshield-mounted camera and radar located near the bumper; it then checks the information against a database of pedestrian shapes to help distinguish people from typical roadside scenery and objects." https://phys.org/news/2014-10-ford-pre-collision-pedestrian-technology-drivers.html. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, " The system processes information collected from a windshield-mounted camera and radar located near the bumper; it then checks the information against a database of pedestrian shapes to help distinguish people from typical roadside scenery and objects." https://phys.org/news/2014-10-ford-pre-collision-pedestrian-technology-drivers.html.<br><br>The database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Ford Vehicles

| '511 Patent, Claim 1 Language | Ford Vehicles Equipped with Vehicle Detection, Pedestrian Detection, or Other Objects ("Accused Instrumentalities") |
|---|---|
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>"The system uses radar and camera technology that scans the road ahead and if a collision risk with a vehicle or pedestrian is detected."<br><br>"The system processes information collected from a windshield-mounted camera and radar located near the bumper; it then checks the information against a database of pedestrian shapes to help distinguish people from typical roadside scenery and objects." https://phys.org/news/2014-10-ford-pre-collision-pedestrian-technology-drivers.html.<br><br>As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

